**7/7/2016**                                                                                          **COA No. 12-14-00080-CR**
**CASTRO, FELIPE**          **Tr. Ct. No. 13CR-058**                           **PD-0351-16**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
                                                                                                    Abel Acosta, Clerk

**FILED**

7/7/2016

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

TH COURT OF APPEALS  CLERK
M ESTES
17 W. FRONT, ROOM 354
LER, TX  75701
DELIVERED VIA E-MAIL *